UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN EDWARD CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1680-SNL |
| | ) | |
| MALLINCKRODT, INC., | ) | ( Including all Consolidated Cases ) |
| PURDUE PHARMA, INC., | ) | |
| PURDUE FREDERICK COMPANY, | ) | |
| and P.F. LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Chief Judge Carole E. Jackson ordered that numerous cases against these defendants be consolidated and assigned to the undersigned for the limited purpose of considering and ruling on the motions to remand pending in each case. This Court is now ready to rule.

On May 19, 2006 an "unopposed motion to stay proceedings" was filed in each case.

**IT IS THEREFORE ORDERED** that this case is stayed until August 1, 2006. If the disputes are not resolved by August 1, 2006, this Court will enter its order on the motions for remand. If this Court's ruling on the motions to remand will facilitate potential resolution, the Court is prepared to enter its ruling.

Dated this 22nd day of May, 2006.

_[signature: Stephen N. Limbaugh]_
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com